**Opinion issued October 18, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-19-00803-CV

———————————

### IN RE TYSON WRIGHT, Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Relator, Tyson Wright, seeks a writ of mandamus to compel the trial court to vacate its July 8, 2019 denial of the motion for reconsideration of the September 26, 2018 ruling striking relator's counteraffidavit concerning costs and medical expenses.[1] Wright has also filed a motion for emergency relief.

---

[1]     The underlying case is *Jennifer Perry v. Tyson Wright*, cause number 2017-32538, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.

We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.